UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALICE HOLMES and VERNON HOLMES,

    Plaintiffs,

  v.                                          NO. CIV. S-06-2008 LKK/KJM

HOME DEPOT USA, INC.; MTD PRODUCTS, INC.; BRIGGS & STRATTON CORPORATION; WALBRO CORPORATION, and DOES 1 through 50, inclusive,

    Defendants.

_____/

**ORDER OF RECUSAL AND REASSIGNMENT**

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned,

////

////

////

1

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge to whom this case is assigned.

DATED: September 15, 2006.

```
                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

IT IS FURTHER ORDERED:

1. All currently scheduled dates in the above-captioned action are **VACATED**;

2. The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment; and

3. This case is REASSIGNED to the Honorable David F. Levi.

DATED: September 22, 2006.

```
                              /s/ David F. Levi
                              DAVID F. LEVI, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT
```

2