1    Daniel P. Lyons, # 95334                    (SPACE BELOW FOR FILING STAMP ONLY)
     McCormick, Barstow, Sheppard,
2    Wayte & Carruth LLP
     P.O. Box 28912
3    5 River Park Place East
     Fresno, CA  93720-1501
4    Telephone:    (559) 433-1300
     Facsimile:    (559) 433-2300
5
     Attorneys for Defendant
6    WALBRO ENGINE MANAGEMENT LLC
     (erroneously sued herein as Walbro Corporation)
7

8                    UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT

10

11   ALICE HOLMES AND VERNON              Case No.  2: 06CV2008 DFL KJM
     HOLMES,
12                                        **STIPULATION AND ORDER FOR INTRA-**
                   Plaintiffs,            **DISTRICT TRANSFER FROM**
13                                        **SACRAMENTO DIVISION TO FRESNO**
            v.                            **DIVISION PURSUANT TO 28 U.S.C. §1404(a)**
14                                        **AND UNITED STATES DISTRICT COURT**
     HOME DEPOT USA, INC.; MTD            **FOR THE EASTERN DISTRICT OF**
15   PRODUCTS, INC.; BRIGGS &             **CALIFORNIA LOCAL RULE 3-120(f)**
     STRATTON CORPORATION; WALBRO
16   CORPORATION; AND DOES 1 to 50,
     Inclusive,
17
                   Defendants.
18

19                            **I.**

20                   **INTRODUCTORY STATEMENT**

21          Plaintiffs ALICE HOLMES AND VERNON HOLMES allege that they were injured in a

22   fire that occurred on August 7, 2005 on the plaintiffs' property in Coulterville, Mariposa County,

23   California.   Plaintiffs contend that the fire was caused by a failure or malfunction of a MTD

24   riding lawn mower, operated by Mr. Holmes at the time of the incident.   Plaintiffs allege that

25   defendants MTD CONSUMER GROUP, INC. (erroneously sued herein as MTD PRODUCTS,

26   INC.); BRIGGS & STRATTON CORPORATION; and WALBRO ENGINE MANAGEMENT

27   LLC (erroneously sued herein as WALBRO CORPORATION) designed, manufactured, and/or

28   assembled the riding lawn mower and/or the component parts of the lawn mower and that

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION & (PROPOSED) ORDER TO TRANSFER ACTION TO FRESNO DIVISION
2: 06CV2008 LKK KJM

1  defendant HOME DEPOT USA, INC. sold the lawn mower to the public.  On July 18, 2006,

2  plaintiffs filed a Complaint in Fresno County Superior Court seeking damages from the above-

3  named defendants.  On September 8, 2006, defendant MTD CONSUMER GROUP, INC. filed a

4  Notice of Removal of the state court action with this Court, Sacramento Division, on the basis

5  that the action is between citizens of different states and the matter in controversy exceeds the

6  sum of $75,000, exclusive of interest and costs.

7       28 U.S.C. §1441(a) provides that "any civil action brought in a State court of which the

8  district courts of the United States have original jurisdiction, may be removed by the defendant or

9  the defendants to the district court of the United States for the district and division embracing the

10 place where the action is pending." (*emphasis added*.)  The parties recognize that the State court

11 case should have been removed to the Fresno Division of this Court, not the Sacramento Division

12 of this Court, and the parties have entered into the Stipulation set forth below to request an intra-

13 district transfer of the matter from the Sacramento Division of this Court to the Fresno Division

14 of this Court pursuant to 28 U.S.C. §1404(a) and Local Rule of Court 3-120(f).

15                                   **II.**

16                                **STIPULATION**

17       IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiffs ALICE

18 HOLMES AND VERNON HOLMES, Defendant HOME DEPOT USA, INC., Defendant MTD

19 CONSUMER GROUP, INC. (erroneously sued herein as MTD PRODUCTS, INC.), Defendant

20 BRIGGS & STRATTON CORPORATION; and Defendant WALBRO ENGINE

21 MANAGEMENT, LLC (erroneously sued herein as WALBRO CORPORATION) by and

22 through their respective counsel as follows:

23       WHEREAS this matter was removed from the Superior Court of California in and for the

24 County of Fresno to the United States District Court in and for the Eastern District of California,

25 Sacramento Division;

26       AND WHEREAS the Fresno Division of this Court embraces Fresno County;

27       AND WHEREAS the accident that underlies this matter occurred in Mariposa County;

28       AND WHEREAS the Fresno Division of this Court embraces Mariposa County;

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION & (PROPOSED) ORDER TO TRANSFER ACTION TO FRESNO DIVISION
2: 06CV2008 LKK KJM

1    AND WHEREAS the Fresno Division of this Court is a proper court for the trial of the

2    action, having original jurisdiction of the subject matter of this action under 28 U.S.C.

3    §1332(a)(1);

4    AND WHEREAS Good Cause has been set forth in the Declaration of Daniel P. Lyons,

5    attached hereto as Exhibit "A" and filed herewith, and incorporated herein by reference;

6    AND WHEREAS the parties have agreed to have this action transferred to the Fresno

7    Division of the United States District Court in and for the Eastern District of California pursuant

8    to 28 U.S.C. §1404(a) and Local Rule of Court 3-120(f);

9    THEREFORE IT IS HEREBY AGREED AND STIPULATED by the Parties that the

10   Court may issue, pursuant to 28 U.S.C. §1404(a) and Local Rule of Court 3-120(f), the

11   (Proposed) Order for an Intra-District Transfer of this Action from the Sacramento Division of

12   the United States District Court in and for the Eastern District of California to the Fresno Division

13   of the United States District Court in and for the Eastern District of California;

14   The parties agree that this STIPULATION may be signed by counsel pursuant to Local

15   Court Rule 7-131(e) and that all counsel listed below have authorized the submission of this

16   Stipulation to this Court.

17   IT IS SO STIPULATED:

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

STIPULATION & (PROPOSED) ORDER TO TRANSFER ACTION TO FRESNO DIVISION
2: 06CV2008 LKK KJM

1   Dated: October 25, 2006                    McCORMICK, BARSTOW, SHEPPARD,
                                                 WAYTE & CARRUTH LLP
2

3
                                             By: /s/ Daniel P. Lyons
4                                                     Daniel P. Lyons
                                                   Attorneys for Defendant
5                                             WALBRO ENGINE MANAGEMENT
                                              LLC (erroneously sued herein as Walbro
6                                                       Corporation)

7

8   Dated: October 23, 2006                        OREN & PABOOJIAN

9

10                                           By:  /s/ Warren Paboojian (as authorized on
                                             October 23, 2006)
11                                                   Warren R. Paboojian
                                                   Attorneys for Plaintiffs
12                                            ALICE HOLMES and VERNON
                                                         HOLMES
13

14

15  Dated: October 24, 2006                   PORTER, SCOTT, WEIBERG &
                                                      DELEHANT
16

17                                           By:  /s/ Anthony S. Warburg (as authorized on
                                             October 24, 2006)
18                                                  Anthony S. Warburg
                                                  Attorneys for Defendants
19                                            HOME DEPOT and MTD PRODUCTS,
                                                          INC.
20

21

22  Dated: October 24, 2006                   DRYDEN, MARGOLES, SCHIMANECK &
                                                         WERTZ
23

24                                           By:  /s/ Lawrence A. Margoles (as authorized
                                             on October 24, 2006)
25                                                  Lawrence A. Margoles
                                                  Attorneys for Defendants
26                                            BRIGGS & STRATTON CORPORATION

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

4

STIPULATION & (PROPOSED) ORDER TO TRANSFER ACTION TO FRESNO DIVISION
2: 06CV2008 LKK KJM

1

## <u>ORDER</u>

2

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING

3 STIPULATED TO THE SAME, the Court finds that the Fresno Division of this Court is the

4 proper place for trial of this action and that good cause exists for an intra-district transfer of this

5 case from the Sacramento Division of the United States District Court in and for the Eastern

6 District of California to the Fresno Division of the United States District Court in and for the

7 Eastern District of California pursuant to 28 U.S.C. §1404(a) and Local Rule of Court 3-120(f).

8 **IT IS SO ORDERED**

9 Dated: October 30, 2006

10

11

/s/ David F. Levi

12

DAVID F. LEVI, U.S. DISTRICT JUDGE

13 1023313.v1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

5

STIPULATION & (PROPOSED) ORDER TO TRANSFER ACTION TO FRESNO DIVISION
2: 06CV2008 LKK KJM

**Case Name:**           **HOLMES v. HOME DEPOT USA, INC., et al.**
**Case No.:**            **2:06-CV-2008 Eastern District Court**

_____

### DECLARATION OF SERVICE

I am a citizen of the United States and employed in Fresno County, California; I am over the age of 18 years and not a party to the within action; my business address is 5 River Park Place East, Fresno, CA 93720. I am familiar with my law firm's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Fresno, California. On the date below I served the attached: **STIPULATION AND (PROPOSED) ORDER FOR INTRA-DISTRICT TRANSFER FROM SACRAMENTO DIVISION TO FRESNO DIVISION PURSUANT TO 28 U.S.C. §1404(a) AND UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA LOCAL RULE 3-120(f)**

··    **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

··    **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

ý    **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document has been served.

addressed as follows:

Warren R. Paboojian                          Anthony S. Warburg
Oren & Paboojian                             Porter, Scott, Weiberg & Delehant
225 West Shaw Avenue, Suite 105              350 University Avenue, Suite 200
Fresno, CA  93704                            Sacramento, CA  95825

Lawrence A. Margoles
Dryden Margoles, et al.
101 California Street, Suite 2050
San Francisco, CA  94111

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 26, 2006, at Fresno, California.

_____
/s/ Jennifer DeBoer
Jennifer DeBoer